UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ANGELA R. BEAMON<br>644 WETUMPKA STREET<br>PRATTVILLE, AL 36067 | CASE NO: 09-33361-DHW<br>Chapter 13 |

Soc. Sec. No. XXX-XX-6737
    Debtor.

## INCOME WITHHOLDING ORDER

TO:    WELLS FARGO BANK
    ATT PAYROLL
    101 N PHILLIPS AVE
    SIOUX FALLS, SD 57104

    The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

    ORDERED that WELLS FARGO BANK withhold from the wages, earnings, or other income of this debtor the sum of $173.00 BI-WEEKLY and remit all such funds withheld to:

    CHAPTER 13 TRUSTEE
    09-33361-DHW ANGELA R. BEAMON
    P O BOX 613108
    MEMPHIS TN 38101-3108

    The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

    This Order continues in force and effect until further Order of this court.

    Done Monday, December 21, 2009 .

cc: Debtor
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge